Casimiro CABALLERO–OROZCO; Juanita Caballero–Zavala, aka Juanita Zavala–Perez, Petitioners,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 00–71223.

INS Nos. A72–995–239, A74–333–285.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 5, 2001.

Decided Dec. 7, 2001.

Before BRUNETTI, KLEINFELD and THOMAS, Circuit Judges.

MEMORANDUM *

Casimiro Caballero–Orozco and Juanita Caballero–Zavala ("Petitioners") seek review of an order of the Board of Immigration Appeals ("the Board") denying their application for a suspension of deportation.

Subsequent to the Board's decision, we issued an opinion in *Otarola v. INS*, 270

* This disposition is not appropriate for publication and may not be cited to or by the courts

**850**

F.3d 1272 (9th Cir.2001) which is directly relevant to many of the issues asserted in the petition for review. Because the Board has not had an opportunity to consider petitioners' appeal in light of *Otarola,* we grant the petition and remand the case to the Board for re-consideration.

Petitioners also assert that the Board neglected to consider their request for voluntary departure. Although we would ultimately lack jurisdiction to consider the merits of the issue, *see Beltran–Tirado v. INS,* 213 F.3d 1179, 1182 (9th Cir.2000), this is a matter the Board may also consider on remand. *See Tukhowinich v. INS,* 64 F.3d 460, 464 (9th Cir.1995).

**PETITION GRANTED; REMANDED FOR RECONSIDERATION**

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.